IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY TAYLOR, | ) | 4:09CV3228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| LINDSAY CORPORATION and | ) | |
| LINDSAY MANUFACTURING, | ) | |
| L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 26) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with all parties paying their own costs and attorney fees.

July 21, 2010.                                          BY THE COURT:

*Richard G. Kopf*
United States District Judge